1  MICHELE BECKWITH
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00004-JLT |

12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

13 | v. | |

14 | ROBERT GUTIERREZ, | DATE: March 28, 2025
TIME: 2:00 P.M.
COURT: Stanley A. Boone |

15 | Defendant. | |

16

17                              **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19 through defendant's counsel of record, hereby stipulate as follows:

20     1.     By previous order, this supervised release petition was set for a preliminary hearing on
21 March 28, 2025.

22     2.     The government received additional pieces of discovery, including body worn camera
23 footage, 911 call recordings, and dispatch audio recordings from Fresno Police Department on March
24 27th, 2025. The government turned copies over to Defense Counsel the same day.

25     3.     In order to have time to review the new discovery, the Government and Defendant jointly
26 request to vacate the preliminary hearing set for March 28th, 2025 and set a status conference for April
27 3, 2025.

28     4.     At this time, the Defendant does not waive his right to a preliminary hearing.

                                                    1

5. The Defendant requests additional time to review the discovery with Defense Counsel prior to exercising or waiving his right to a preliminary hearing in this matter.

6. By this stipulation, initiated jointly by the Government and Defense Counsel, the parties stipulate that the preliminary hearing set for March 28th, 2025 be vacated and a status conference be set on April 3, 2025, at 2:00 PM, to allow time for defense review of the discovery, to conduct an investigation of these charges in light of the recent pieces of discovery, and to review and discuss potential resolutions of the matter.

7. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: March 27, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: March 27, 2025

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
ROBERT GUTIERREZ

2

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the preliminary hearing be converted to a status conference set on April 3, 2025 at 2:00 PM. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __**March 28, 2025**__

                                              STANLEY A. BOONE
                                              United States Magistrate Judge