MICHELE BECKWITH
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00004-JLT |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: April 3, 2025 |
| ROBERT GUTIERREZ, | TIME: 2:00 P.M. |
| Defendant. | COURT: Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on April 3, 2025.

2. The government and defense learned on April 2, 2025, that the Defendant as charged in Fresno County Superior Court out of the same set of operative facts alleged in the Petition for Supervised Release Revocation.

3. In order to have time assess the status of the Fresno County case and discuss potential resolutions to the charges, the Government and Defendant jointly request to continue status conference from April 3, 2025, to April 10, 2025.

4. By this stipulation, initiated jointly by the Government and Defense Counsel, the parties

stipulate that the preliminary hearing set for April 3, 2025, be continued to April 10, 2025 to allow time for defense review of the discovery, to conduct an investigation of these charges in light of the recent pieces of discovery, and to review and discuss potential resolutions of the matter.

5. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: April 2, 2025                                    MICHELE BECKWITH
                                                        Acting United States Attorney

                                                        /s/ LUKE BATY
                                                        LUKE BATY
                                                        Assistant United States Attorney

Dated: April 2, 2025                                    /s/ Christina Corcoran
                                                        Christina Corcoran
                                                        Counsel for Defendant
                                                        ROBERT GUTIERREZ

**ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be set on April 10, 2025 at 2:00 PM.

IT IS SO ORDERED.

DATED: 4/2/2025

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE