MICHELE BECKWITH
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00004-JLT |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: April 24, 2025 |
| ROBERT GUTIERREZ, | TIME: 2:00 P.M. |
| Defendant. | COURT: Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on April 24, 2025.

2. The government and defense learned on April 2, 2025 that the Defendant as charged in Fresno County Superior Court out of the same set of operative facts alleged in the Petition for Supervised Release Revocation. The parties learned on April 9, 2025 that the state plans to writ over the defendant so that he may attend his state court proceedings from federal custody.

3. The state plans to writ the Defendant for his initial appearance April 24, 2025 or April 25, 2025.

4. In order to have time assess the status of the Fresno County case and discuss potential

1

resolutions to the charges, the Government and Defendant jointly request to continue status conference from April 24, 2025 to May 8, 2025.

5. By this stipulation, initiated jointly by the Government and Defense Counsel, the parties stipulate that the status conference set for April 24, 2025 be continued to May 8, 2025 to allow time for defense review of the discovery, to conduct an investigation of these charges in light of the recent pieces of discovery, and to review and discuss potential resolutions of the matter.

6. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated:  April 22, 2025                                    MICHELE BECKWITH
                                                         Acting United States Attorney

                                                         /s/ LUKE BATY
                                                         LUKE BATY
                                                         Assistant United States Attorney

Dated:  April 22, 2025                                    /s/ CHRISTINA CORCORAN
                                                         CHRISTINA CORCORAN
                                                         Counsel for Defendant
                                                         ROBERT GUTIERREZ

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be set on May 8, 2025 at 2:00 PM. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 23, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge