1 | MICHELE BECKWITH
United States Attorney
2 | LUKE BATY
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00004-JLT |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: May 8, 2025 |
| ROBERT GUTIERREZ, | TIME: 2:00 P.M. |
| Defendant. | COURT: Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on May 8, 2025.

2. The government and defense learned on April 2, 2025 that the Defendant as charged in Fresno County Superior Court out of the same set of operative facts alleged in the Petition for Supervised Release Revocation. The parties learned on April 9, 2025 that the state plans to writ over the defendant so that he may attend his state court proceedings from federal custody.

3. The state plans to writ the Defendant to state custody for an appearance in Fresno Superior Court set on May 9, 2025.

4. In order to have time assess the status of the Fresno County case and discuss potential

1

1 resolutions to the charges, the Government and Defendant jointly request to continue status conference
2 from May 22, 2025 to May 22, 2025.

3     5.    By this stipulation, initiated jointly by the Government and Defense Counsel, the parties
4 stipulate that the status conference set for May 8, 2025 be continued to May 22, 2025 to allow time for
5 defense review of the discovery, to conduct an investigation of these charges in light of the recent pieces
6 of discovery, and to review and discuss potential resolutions of the matter.

7     6.    Because this case involves a pending supervised release petition, no exclusion of time is
8 necessary.

9     IT IS SO STIPULATED.

10 ///
11 ///

12 Dated: May 6, 2025                 MICHELE BECKWITH
13                                               Acting United States Attorney

14                                               /s/ LUKE BATY
15                                               LUKE BATY
                                              Assistant United States Attorney
16

17 Dated: May 6, 2025                 /s/ CHRISTINA CORCORAN
18                                               CHRISTINA CORCORAN
                                              Counsel for Defendant
19                                               ROBERT GUTIERREZ

20
21
22
23
24
25
26
27
28

## **ORDER**

IT IS SO ORDERED that the status conference is continued from May 8, 2025, to **May 22, 2025, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **May 6, 2025**                    /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

3