MICHELE BECKWITH
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00004-JLT |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: May 22, 2025 |
| ROBERT GUTIERREZ, | TIME: 2:00 P.M. |
| Defendant. | COURT: Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on May 22, 2025.

2. The government and defense learned on April 2, 2025 that the Defendant as charged in Fresno County Superior Court out of the same set of operative facts alleged in the Petition for Supervised Release Revocation. The parties learned on April 9, 2025 that the state plans to writ over the defendant so that he may attend his state court proceedings from federal custody.

3. The Defendant is currently working to resolve charges in Fresno County superior court arising from the same incident. The Defendant is currently set to appear on May 21, 2025 in Fresno County Superior court.

1

4. In order to have time to continue to assess status of the Fresno County case and discuss potential resolutions to the charges, the Government and Defendant jointly request to continue status conference from May 22, 2025 to June 5, 2025.

5. By this stipulation, initiated jointly by the Government and Defense Counsel, the parties stipulate that the status conference set for May 22, 2025 be continued to June 5, 2025 to allow time for defense review of the discovery, to conduct an investigation of these charges in light of the recent pieces of discovery, and to review and discuss potential resolutions of the matter.

6. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: May 21, 2025                                      MICHELE BECKWITH
                                                         Acting United States Attorney

                                                         /s/ LUKE BATY
                                                         LUKE BATY
                                                         Assistant United States Attorney


Dated: May 21, 2025                                      /s/ CHRISTINA CORCORAN
                                                         CHRISTINA CORCORAN
                                                         Counsel for Defendant
                                                         ROBERT GUTIERREZ

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference currently scheduled for May 22, 2025 be continued until June 5, 2025 at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **May 21, 2025**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

3