MICHELE BECKWITH
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA   93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00004-JLT |
| Plaintiff, | UNITED STATES' MOTION AND ORDER FOR DISMISSAL OF PETITION |
| v. | [Fed. R. Crim. P. 48(a)] |
| ROBERT GUTIERREZ, | |
| Defendant. | |

The United States now moves to dismiss the Supervised Release Violation Petition (Doc. 16), alleging Robert Gutierrez violated the terms of his supervised release in the above captioned case filed on March 12, 2025, without prejudice in the interest of justice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: June 25, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *LUKE BATY*
LUKE BATY
Assistant United States Attorney

MOTION TO DISMISS PETITION       1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROBERT GUTIERREZ,<br><br>                    Defendant. | CASE NO. 1:24-CR-00004-JLT<br><br>UNITED STATES' ORDER FOR DISMISSAL OF PETITION<br><br>[Fed. R. Crim. P. 48(a)] |

**ORDER**

The Court hereby orders the Supervised Release Violation Petition in case number 1:24-cr-00004-JLT, filed on March 12, 2025, be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated:   **June 25, 2025**

_____
UNITED STATES DISTRICT JUDGE