STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
P.O. Box 553
Grover Beach, CA
Tel: (805)458-6312
slcrawfordlaw@gmail.com




Attorney for Defendant
        Robert Gutierrez


**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:24CR00004 JLT |
| | ) |
| Plaintiff, | ) |
| | ) COURT ORDER RELEASING THE |
| vs. | ) |
| | ) ABOVE DEFENDANT |
| ROBERT GUTIERREZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

_____

    TO District Court Judge Jennifer L. Thurston. It is hereby requested that the above defendant be released on March 3, 3026 to Private Investigator Ken Garza for transportation to the Salvation Army Program in Fresno, CA.

    On March 2, 2026, this Honorable Court sentenced Mr. Gutierrez to time served and order as part of Supervised release that Mr. Gutierrez would reside at the Salvation Army Program. Mr. Garza anticipates being able to get to Taft to pick up Mr. Gutierrez sometime in the afternoon of March 3, 2026 to transport him to the program on the same day.

- 1

March 2, 2016                          /Steven L. Crawford/

                               STEVEN L. CRAWFORD, Attorney for

                               Robert Gutierrez

                               ORDER


Date: March 2, 2026


IT IS SO ORDERED:

_____

District Court Judge Jennifer L. Thurston

- 2